1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Amanda Seabock, Esq., SBN 289900
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff ORLANDO GARCIA

6

7                   UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
8

9  ORLANDO GARCIA,                )  Case No.: 2:20-CV-06718-MRW
                                   )
10         Plaintiff,              )
                                   )  **NOTICE OF SETTLEMENT AND**
11     v.                          )  **REQUEST TO VACATE ALL**
                                   )  **CURRENTLY SET DATES**
12                                 )
   15028 MAGNOLIA, LLC, a California )
13 Limited Liability Company; and Does 1-10, )
                                   )
14                                 )
           Defendant.              )
15 _____)

16      The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing.
20      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the settlement will be consummated within the coming
22 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23 parties to be filed.

24

25 Dated: October 13, 2021            CENTER FOR DISABILITY ACCESS

26
                                      By:   /s/ Amanda Seabock
27                                          Amanda Seabock
                                            Attorney for Plaintiff
28