CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ERIC BJORGUM
eric.bjorgum@kb-ip.com
ARMAND ANDONIAN (SBN: 252608)
armand.andonian@kb-ip.com
armamd.andonian@yahoo.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, California 91103
Telephone: (213) 785-8070
Facsimile: (818) 863-1536
Attorneys for Defendant
15028 Magnolia, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case: 2:20-CV-06718-MRW |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 15028 MAGNOLIA, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant. | |

1

1

2

3

## **STIPULATION**

4      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS

5  STIPULATED by and between the parties hereto that this action may be dismissed

6  with prejudice as to all parties; each party to bear his/her/its own attorneys' fees

7  and costs. This stipulation is made as the matter has been resolved to the

8  satisfaction of all parties.

9

10

11  Dated: 1/10/2022          CENTER FOR DISABILITY ACCESS

12

13                       By: _____

14                          Amanda Seabock
                            Attorneys for Plaintiff

15

16  Dated: 1/10/2022          KARISH & BJORGUM PC

17

18                       By: /S/ Eric Bjorgum
                        _____

19                          Eric Bjorgum
                          Attorney for Defendant
                          15028 Magnolia, LLC

20

21

22

23

24

25

26

27

28

2

1
2
3

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eric Bjorgum, counsel for 15028 Magnolia, LLC, and that I have obtained Eric Bjorgum authorization to affix his electronic signature to this document.

Dated:1/10/2022                    CENTER FOR DISABILITY ACCESS

By: _____
        Amanda Seabock
        Attorneys for Plaintiff

3

Joint Stipulation for Dismissal                    Case No.: 2:20-CV-06718-MRW