UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 20-6718 MRW | Date | January 11, 2022 |
| Title | Orlando Garcia v. 15028 Magnolia, LLC | | |

| | |
|---|---|
| Present: The Honorable | Michael R. Wilner |

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

Proceedings:    **ORDER DISMISSING CASE**

    IT IS STIPULATED by and between the parties that this action is dismissed with prejudice to all parties; each party to bear his/her/its own attorneys' fees and costs.

_____ : _____

Initials of Preparer     vp
